1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

CARLOS O CABALLERO,

Plaintiff (s),

v.

MASSACHUSETTS BAY
INSURANCE COMPANY,

Defendant (s).

CASE NO.
3:20–cv–05437–BJR–MLP

MINUTE ORDER REASSIGNING
CASE

10
11
12
13
14   This action has been assigned to the Honorable Barbara J. Rothstein, United States

15   District Judge. All future documents filed in this case must bear the cause number

16   3:20–cv–05437–BJR–MLP and bear the Judge's name in the upper right hand

17   corner of the document.

18
19   DATED September 16, 2020

20

William M. McCool
Clerk of Court

21                          By:  /s/ Emerald Rose Ackley
22                               Deputy Clerk

23
24
25
26