Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

CARLOS O. CABALLERO DDS, MS, PS, d/b/a Master Orthodontics, individually and on behalf of all others similarly situated,

Plaintiff,

v.

MASSACHUSETTS BAY INSURANCE COMPANY,

Defendant.

No. 3:20-cv-05437-BJR

STIPULATED MOTION AND ORDER STAYING DISCOVERY

The parties, through their counsel of record, having discussed the Motion of Defendant Massachusetts Bay Insurance Company to Stay Discovery [Dkt. # 22], and in light of the fact that the parties have already engaged in certain early discovery, including (i) their Fed. R. Civ. P. 26(a)(1) conference; (ii) their exchange of initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1); (iii) the filing of a combined joint status report and discovery plan as required by Fed. R. Civ. P. 26(f) and LCR 26(f); (iv) the filing of a stipulated protective order; and (v) the service of Plaintiff's First Discovery Requests to Defendant on August 31, 2020, the parties now stipulate and agree that discovery may be stayed pending the earlier of: (1) resolution of Defendant's Rule 12 Motions, Dkt. # 20, or (2) the deadline for filing any answer to Plaintiff's Complaint,

STIPULATED MOTION AND ORDER STAYING DISCOVERY - 1
(3:20-cv-05437-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

including any amendment thereto.  Upon the lifting of the stay, the parties will promptly meet and confer regarding a reasonable deadline by which Defendant will respond to Plaintiff's August 31 discovery requests.

### ORDER

IT IS HEREBY ORDERED:

In light of the parties' stipulation, the Defendant's Motion to Stay Discovery [Dkt. #22] is denied as moot;

Discovery in this action is stayed pending the earlier of: (1) resolution of Defendant's Rule 12 Motions, Dkt. # 20, or (2) the deadline for filing any answer to Plaintiff's Complaint, including any amendment thereto; and

Upon the lifting of the stay, the parties are ordered to promptly meet and confer regarding a reasonable deadline by which Defendant will respond to Plaintiff's August 31 discovery requests.

DATED this 22nd day of September, 2020.

_____
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 21st September, 2020.

**KELLER ROHRBACK L.L.P.**

By: s/ Amy Williams-Derry
By: s/ Lynn L. Sarko
By: s/ Gretchen Freeman Cappio
By: s/ Irene M. Hecht
By: s/ Ian S. Birk
By: s/ Maureen Falecki
By: s/ Nathan L. Nanfelt

STIPULATED MOTION AND ORDER STAYING DISCOVERY - 2
(3:20-cv-05437-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|  |  |
|---|---|
| 1 | Amy Williams-Derry, WSBA #28711 |
| 2 | Lynn L. Sarko, WSBA #16569 |
|   | Gretchen Freeman Cappio, WSBA #29576 |
| 3 | Irene M. Hecht, WSBA #11063 |
|   | Ian S. Birk, WSBA #31431 |
| 4 | Maureen Falecki, WSBA #18569 |
|   | Nathan L. Nanfelt, WSBA #45273 |

Amy Williams-Derry, WSBA #28711
Lynn L. Sarko, WSBA #16569
Gretchen Freeman Cappio, WSBA #29576
Irene M. Hecht, WSBA #11063
Ian S. Birk, WSBA #31431
Maureen Falecki, WSBA #18569
Nathan L. Nanfelt, WSBA #45273
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Fax: (206) 623-3384
Email: awilliams-derry@kellerrohrback.com
Email: lsarko@kellerrohrback.com
Email: gcappio@kellerrohrback.com
Email: ihecht@kellerrohrback.com
Email: ibirk@kellerrohrback.com
Email: mfalecki@kellerrohrback.com
Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

**BULLIVANT HOUSER BAILEY PC**

By: *s/ John A. Bennett*
By: *s/ Owen R. Mooney*
John A. Bennett, WSBA #33214
Owen R. Mooney, WSBA #45779
925 Fourth Ave., Ste. 3800
Seattle, WA 98104
Phone: (206) 292-8930
Email: john.bennett@bullivant.com
Email: owen.mooney@bullivant.com

**BULLIVANT HOUSER BAILEY PC**

By: *s/ Stuart D. Jones*
Stuart D. Jones
One SW Columbia Street, Suite 800
Portland, OR 97204
Phone: (503) 228-6351

STIPULATED MOTION AND ORDER STAYING DISCOVERY - 3
(3:20-cv-05437-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Email: stuart.jones@bullivant.com

***Counsel for Defendant Massachusetts Bay Insurance Company***

STIPULATED MOTION AND ORDER STAYING DISCOVERY - 4
(3:20-cv-05437-BJR)

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384