1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CABALLERO,                                    )
                                              )
                *Plaintiff,*                  )       CASE NO. 3:20-cv-05437-BJR
                                              )
                v.                            )       SCHEDULING ORDER
                                              )
MASSACHUSETTS BAY INSURANCE                   )
COMPANY,                                      )
                                              )
_____*Defendant.*_____   )

    The Court having ordered consolidation by insurance group in related cases involving similar claims for business insurance coverage as a result of the COVID 19 pandemic, orders as follows:

    The attorneys in this case shall consult with the attorneys in the other business insurance cases so as to prepare a briefing schedule to address common questions of coverage and exclusions and the filing of amended complaints, if required.  In determining such a schedule, the attorneys shall ensure that briefing on any future dispositive motions is ripe for Court review at the same time and shall seek to avoid duplication wherever possible.  All discovery in this case is stayed until such time as the Court rules on the motions.  Defendant insurance companies have agreed to provide certified copies of the relevant insurance policies to the Plaintiffs.  If a party requires

1

discovery, that party may request a lifting of this stay for limited and specific purposes.  The Parties

shall inform the Court as to their proposed schedule no later than Monday, November 23, 2020.

DATED this 10th day of November, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE