THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant. | NO. 2:20-cv-00616-BJR |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>VALLEY FORGE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | NO. 2:20-cv-00809-BJR |

ORDER GRANTING DEFENDANTS' MOTION TO FILE OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 1

| | |
|---|---|
| CABALLERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　Defendant. | NO. 3:20-cv-05437-BJR |
| CHORAK, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | NO. 2:20-CV-00627-BJR |
| PACIFIC ENDODONTICS, P.C., *et al*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>OHIO CASUALTY INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | NO. 2:20-CV-00620-BJR |

ORDER GRANTING DEFENDANTS' MOTION TO FILE OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 2

| | |
|---|---|
| NGUYEN, *et al*,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>    Defendants. | NO. 2:20-cv-00597-BJR |
| MARK GERMACK DDS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>    Defendants. | NO. 2:20-cv-00661-BJR |
| LA COCINA DE OAXACA LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA,<br><br>    Defendant. | NO. 2:20-CV-01176-BJR |

**ORDER**

Having reviewed the Defendants' Unopposed Motion to File a Single Omnibus Response to Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court, and finding that good cause exists for the relief requested, the Court hereby GRANTS the motion.

ORDER GRANTING DEFENDANTS' MOTION TO FILE
OMNIBUS RESPONSE TO PLAINTIFFS' MOTION TO
CERTIFY(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-
cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-
00661-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR) - 3

IT IS ORDERED that Defendants may file a single omnibus response brief limited to 30 pages in response to Plaintiffs' Motion to Certify Questions to the Washington Supreme Court.

DATED this 11th day of March, 2021.

*Barbara J. Rothstein*
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE