UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

CARLOS O. CABALLERO, DDS, MS, PS, DBA Master Orthodontics and WALKER & KRAUS DDS, PLLC,

　　　　Plaintiffs - Appellants,

v.

MASSACHUSETTS BAY INSURANCE COMPANY and CITIZENS INSURANCE COMPANY OF AMERICA,

　　　　Defendants - Appellees.

---

No. 21-35510

D.C. No. 3:20-cv-05437-BJR
U.S. District Court for Western Washington, Tacoma

**MANDATE**

---

The judgment of this Court, entered October 17, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　Deputy Clerk
　　　　　　　　　　Ninth Circuit Rule 27-7